**JUDGE DANIELS**

**07 CV 3900**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

                Plaintiff,

        -against-

WELKO, INC., SAM KOHL,
CAREN KOHL, and
"JOHN DOE #1" THROUGH "JOHN DOE #12",
the last twelve names being fictitious and unknown to
plaintiff, being persons having or claiming an interest
in or lien upon the Collateral described in the complaint,

                Defendants.

------------------------------------------------------------------x

RECEIVED
MAY 18 2007

**RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Merrill Lynch Business Financial Services Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Merrill Lynch & Co., Inc.

Dated: New York, New York
       May 17, 2007

                                  SPENCER L. SCHNEIDER (SS-2471)

                                  Attorney for Plaintiff
                                  70 Lafayette Street, 7th Floor
                                  New York, NY 10013
                                  Tel: 212-233-7400
                                  Fax: 212-233-9713
                                  sschneider@slsatty.com