Cohen Tauber Spievack & Wagner LLP
Attorneys for Defendants
420 Lexington Avenue
Suite 2400
New York, New York 10170
Warren R. Graham (WG-7415),
Of Counsel

USDC SDNY
DOCUM...
ELECTRON...
DOC #: _____
DATE FILED: JUN 1 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Merrill Lynch Business Financial Services, Inc.,

Plaintiff

-against-                                                                           Case No. 07 CV 3900 (GBD)

Welko, Inc., Sam Kohl, Caren Kohl and "John
Doe #1" through "John Doe #12"

Defendants

------------------------------------------------------------X

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel that the time for the above-captioned defendants to answer, move, or otherwise appear in the with action be, and it hereby is, extended until June 20, 2007.

{00003300.DOC; 1}

Dated: New York, New York
       June 11, 2007

COHEN TAUBER SPIEVACK & WAGNER, LLP

By: _____
Warren R. Graham (WG- 7415)
Of Counsel
420 Lexington Avenue
Suite 2400
New York, NY 10170
Tel: (212) 586-5800
Fax: (212) 586-5095
wgraham@ctswlaw.com
*Attorneys for Defendants*

Dated: NewYork, New York
       June 11, 2007

SPENCER L. SCHNEIDER

_____
70 Lafayette Street
7th Floor
New York, NY 10013
Tel: (212) 233-7400
Fax: (212) 233-9713
sschneider@slsatty.com
*Attorney for Plaintiff*

So Ordered this _____ day of June, 2007

JUN 1 3 2007

_____
UNITED STATES DISTRICT JUDGE
GEO     NIELS

{00003300.DOC; 1}