UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Merrill Lynch Business Financial Services, Inc.,

                Plaintiff,

   -against-                                     Case No. 07 CV 3900 (GBD)

Welko, Inc., Sam Kohl, Caren Kohl and "John
Doe #1" through "John Doe #12"              **RULE 7.1 STATEMENT**

                Defendants.


------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Welko, Inc., (a private non-governmental party) certifies that Welko, Inc., has no corporate parents, affiliates or subsidiaries that are publicly held.

Date: June 20, 2007

                                                         Leo L. Esses (LE-1173)
                                                         Cohen Tauber Spievack & Wagner LLP
                                                         420 Lexington Avenue, 24th Floor
                                                          New York, New York 10170
                                                         (212) 586-5800
                                                         lesses@ctswlaw.com
                                                         *Attorneys for Defendants*

{00004068.DOC; 1}