DANIELS

Cohen Tauber Spievack & Wagner LLP
Attorneys for Defendants
420 Lexington Avenue
Suite 2400
New York, New York 10170
Warren R. Graham (WG-7415),
Of Counsel



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUN 18 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Merrill Lynch Business Financial Services, Inc.,

Plaintiff

-against-                                    Case No. 07 CV 3900 (GBD)

Welko, Inc., Sam Kohl, Caren Kohl and "John
Doe #1" through "John Doe #12"

Defendants

----------------------------------------X

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel

that the time for the above-captioned defendants to answer, move, or otherwise appear in

the with action be, and it hereby is, extended until June 20, 2007.

{00003300.DOC; 1}

Dated: New York, New York
June 11, 2007

COHEN TAUBER SPIEVACK & WAGNER, LLP

By: /s/ Warren R. Graham
Warren R. Graham (WG-7415)
Of Counsel
420 Lexington Avenue
Suite 2400
New York, NY 10170
Tel: (212) 586-5800
Fax: (212) 586-5095
wgraham@ctswlaw.com
*Attorneys for Defendants*

Dated: NewYork, New York
June 11, 2007

SPENCER L. SCHNEIDER

70 Lafayette Street
7th Floor
New York, NY 10013
Tel: (212) 233-7400
Fax: (212) 233-9713
sschneider@slsatty.com
*Attorney for Plaintiff*

So Ordered this 8 day of June, 2007

/s/ George B. Daniels
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS

{00003300.DOC; 1}