AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Merrill Lynch Business Financial Services, Inc.

v.

Welko, Inc., Sam Kohl, Caren Kohl and "John Doe #1" through "John Doe #12"

**APPEARANCE**

Case Number: 07 CV 3900 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Welko, Inc., Sam Kohl, Caren Kohl

I certify that I am admitted to practice in this court.

6/28/07
Date

_[signature]_
Signature

Warren R. Graham                              WG-7415
Print Name                                    Bar Number

420 Lexington Avenue, Suite 2400
Address

New York           New York           10170
City               State              Zip Code

(212) 586-5800                (212) 586-5095
Phone Number                  Fax Number