UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                    :

MERRILL LYNCH BUSINESS FINANCIAL    :
SERVICES INC.,                               :        07 CV 3900 (GBD)
                                                      :
                      Plaintiff,               :

                      -against-               :

WELKO, INC., SAM KOHL,                :        **CERTIFICATE OF SERVICE**
CAREN KOHL, and                     :
"JOHN DOE #1" THROUGH "JOHN DOE #12",    :
the last twelve names being fictitious  and unknown to  :
plaintiff, being persons having or claiming an interest  :
in or lien upon the Collateral described in  the complaint,  :
                                                      :
                      Defendants.            :
                                                      :
------------------------------------------------------------------------x

       I, SPENCER L. SCHNEIDER, ESQ., being a member of the Bar of this Court, as attorney

for plaintiff, hereby certify that on July 31, 2007, I caused to be served true copies of the Declaration

of William Sardegna, sworn to July 30, 2007, its annexed exhibits, the notice of motion, the state-

ment of material facts, and the memorandum of law, all dated July 31, 2007, in support of plaintiff's

motion for summary judgment, by hand, upon counsel for defendants, Warren Graham, Esq., Cohen

Tauber Spievack & Wagner LLP, 420 Lexington Avenue, Suite 2400, New York, New York 10170.

Dated:  New York, New York
         August 1, 2007

                                      _____
                                      Spencer L. Schneider