USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/07

**SPENCER L. SCHNEIDER, Esq.**

ATTORNEY AT LAW
70 Lafayette Street, New York, NY 10013
Ph: 212-233-7400, Fx: 212-233-9713
www.slsatty.com, sschneider@slsatty.com

**SO ORDERED**

The Conference is rescheduled to September 20, 2007 at 9:30am.

*George B. Daniels*

**HON. GEORGE B. DANIELS**

AUG 1 2007

August 1, 2007

Merrill Lynch Business Financial Services Inc. v. Welko, Inc. *et al.*
U.S. District Court, Southern District of N.Y., 07 CV 3900 (GBD)

Dear Judge Daniels:              MEMO ENDORSED

I represent plaintiff in this matter and write respectfully to request an adjournment of the conference scheduled in this matter for August 16, 2007. This is the first request for an adjournment, which is on consent with defendants' counsel. The reason for the request is that I have been summoned to appear for jury duty that morning in the NY Supreme Court, New York County.

Respectfully,

Spencer L. Schneider

The Honorable George B. Daniels
U.S. District Judge, Southern District of N.Y.
U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

By Facsimile: (212) 805-6737

Copy, by Facsimile (212-586-5095), to:
Warren Graham, Esq.

MICROFILM AUG - 2 2007 -3 ₤ PM

Returned to chambers for scanning on 8/3/07.
Scanned by chambers on _____.